# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 2024

*The Court of Appeals hereby passes the following order:*

**A25I0027. MICHAEL VASSER v. THE STATE.**

In this prosecution for driving under the influence, less safe, defendant Michael Vasser filed a motion to dismiss the accusation/plea in bar. The trial court denied the motion on July 29, 2024, and issued a certificate of immediate review on Friday, August 9, 2024. Vasser then filed this application for interlocutory review on August 19, 2024. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement. See *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974). If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal. See OCGA § 5-6-34 (b); *Duke v. State*, 306 Ga. 171, 178 (3) (a) (829 SE2d 348) (2019), citing *Turner v. Harper*, 231 Ga. 175, 175 (200 SE2d 748) (1973). In this case, the tenth day fell on Thursday, August 8, 2024. However, the certificate was not filed until August 9, 2024, and is therefore untimely.

Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___09/06/2024_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*